IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

OSCAR HANSON,

      Petitioner,

v.

JULIE JONES, SECRETARY,
DEPARTMENT OF
CORRECTIONS,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0029

Opinion filed October 6, 2017.

Petition for writ of certiorari.

Oscar Hanson, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Gayla Grant, Assistant General Counsel,
Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

      DENIED. Greene v. Tucker, 113 So. 3d 45 (Fla. 2d DCA 2012).

ROWE, MAKAR, and BILBREY, JJ., CONCUR.